**Dismissed and Opinion Filed May 11, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-11-01448-CV**
_____

**ROBERT AND KATHY WEBB, Appellants**
**V.**
**GLENBROOK OWNERS' ASSOCIATION, INC., Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-00591-06**

### MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Nowell

We reinstate this appeal. This case was abated in 2012 due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) which shows the bankruptcy proceeding associated with this appeal was terminated on April 20, 2015.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c); *Brewer v. Admiral Ins. Co.*, 2002 WL 31312990, at *1 (Tex. App.—Dallas Oct. 16, 2002, no writ) (per curiam) (not designated for publication).

111448f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROBERT AND KATHY WEBB, Appellants

No. 05-11-01448-CV     V.

GLENBROOK OWNERS' ASSOCIATION, INC., Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas Trial Court Cause No. 219-00591-06. Opinion delivered by Justice Nowell. Justices Osborne and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 11th day of May, 2021.